**Dismissed and Opinion Filed January 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01447-CV

**PRIMESTAR CONSTRUCTION, INC., Appellant**
**V.**
**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05460**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated December 18, 2017, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 18, 2017, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b), (c).


                    /Carolyn Wright/
                    CAROLYN WRIGHT
                    CHIEF JUSTICE


171447F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

PRIMESTAR CONSTRUCTION, INC.,
Appellant

No. 05-17-01447-CV      V.

CITY OF DALLAS, TEXAS, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-05460.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF DALLAS, TEXAS recover its costs of this appeal from appellant PRIMESTAR CONSTRUCTION, INC..

Judgment entered January 30, 2018.